# UNITED STATES DISTRICT COURT
### for the

### Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Avery West | ) | Case No:  4:07CR656 HEA |
| | ) | USM No:  34505-044 |
| Date of Original Judgment: 11/21/2008 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | ) | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐  the Director of the Bureau of Prisons  ☐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    X  DENIED.  ☐  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ____11/21/2008____ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: _____1/9/2012_____

_____
*Judge's signature*

Effective Date: _____

    *(if different from order date)*

_____Henry Edward Autrey, U.S. District Judge_____

    *Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:        West, Avery
CASE NUMBER:   4:07CR656 HEA
DISTRICT:   Eastern District of Missouri

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: _____       Amended Total Offense Level: _____
Criminal History Category:    _____       Criminal History Category:    _____
Previous Guideline Range:   _____ to _____ months   Amended Guideline Range:   _____ to _____ months

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS